In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-377 CR


 ______________________


 

JOSEPH ANTHONY LEWIS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 07-00531






MEMORANDUM OPINION
 

 We have before the Court a request from pro se appellant Joseph Anthony Lewis to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally. No opinion has issued in this appeal. The appellant requests immediate
issuance of mandate. See Tex. R. App. P. 18.1(c). The motion is granted, and the appeal is
therefore dismissed. We direct the clerk to issue the mandate immediately. 


 APPEAL DISMISSED. 

 

 DAVID GAULTNEY

 Justice 

 

Opinion Delivered September 12, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.